Dated: June 9, 2006

1 | RICHARD T. WHITE #58622
DAWN NEWTON #209002
2 | FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
3 | Oakland, California 94612
Telephone: (510) 451-3300
4 | Facsimile: (510) 451-1527
Email: rwhite@fablaw.com;
5 |         dnewton@fablaw.com

6 | BASTIAAN K. COEBERGH, Utah SBN 7832
WRONA & PARRISH, P.C.
7 | 1816 Prospector Avenue #100
Park City, UT 84060
8 | Pro Hac Vice Admission Pending

9 | Attorneys Specially Appearing for Defendant
Arnold J. Repta

**IT IS SO ORDERED**
*[Signature]*
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| STEPHEN SHAMBAUGH, an individual; BEATRICE RONEY, an individual; JESSICA BEHRMAN, an individual; SUSANNE BOYD, an individual; PENELOPE JANE VAN HULLE, an individual; JP VAN HULLE, an individual; and MICHAEL BERKLEY, an individual;<br><br>        Plaintiffs,<br><br>    vs.<br><br>TXN, LLC, a Utah limited liability company; D. HAMEL CONSTRUCTION, LLC, a Utah limited liability company; DONALD HAMEL, an individual; ARNOLD J. REPTA, an individual; MEMREE HENDERSON, an individual; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.: CV 06-03067 MMC<br><br>**STIPULATION IN SUPPORT OF MOTION FOR REMAND** : _____<br>ORDER THEREON |

Counsel for Plaintiffs Stephen Shambaugh, Beatrice Roney, Jessica Behrman, Susanne Boyd, Penelope Jane Van Hulle, JP Van Hulle and Michael Berkley and Defendants Donald Hamel, TXN, LLC, D. Hamel Construction, LLC, and Counsel Specially Appearing for Defendant Arnold Repta hereby stipulate that:

1

1. By entering into this stipulation, defendants are not necessarily agreeing with the points and authorities argued by Plaintiffs in support of their Motion for Remand and do not concede the jurisdiction of this or any California court over them personally.  All counsel hereto attest that the content of this document is acceptable to all persons required to sign the document.

2. Attached hereto as Exhibit A is a true and correct copy of a statement from Defendants Donald Hamel, D. Hamel Construction, LLC, and TXN, LLC, joining in this stipulation for remand;

3. This case shall be remanded to the Superior Court for the State of California, County of Contra Costa.

4. The case shall be remanded in the same form as when removed; any steps taken by the court or any party prior to removal or prior to remand shall be unaffected.

5. Legal fees shall not be claimed under any statutory or rule provision, as long as this stipulation is executed by counsel for all joining defendants and submitted timely with Plaintiffs' Motion for Remand.

Dated: June 5, 2006                MORTON, LULOFS & WOOD, LLP

                                   By:   s/David M. Miller
                                         David M. Miller
                                         Attorneys for Plaintiffs
                                         Stephen Shambaugh, Beatrice Roney,
                                         Jessica Behrman, Susanne Boyd,
                                         Penelope Jane Van Hulle, JP Van Hulle,
                                         and Michael Berkeley

Dated: June 5, 2006                FITZGERALD ABBOTT & BEARDSLEY LLP

                                   By:   s/Dawn Newton
                                         Dawn Newton
                                         Specially Appearing for Defendant
                                         Arnold J. Repta